**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

|  |  |
|---|---|
| In re: <br> **PAGLIARO ELECTRIC, INC.** <br> Debtor. | **Chapter 7** <br><br> **Case No. 19-10231-JEB** |
| **HAROLD B. MURPHY, AS HE IS THE CHAPTER 7 TRUSTEE OF THE ESTATE OF PAGLIARO ELECTRIC, INC.,** <br> Plaintiff, <br><br> v. <br><br> **LEONARD PAGLIARIO, LAUREN PAGLIARO, ELAINE MOSCHELLA AND LYNNA VALERA,** <br><br> Defendants, <br><br> And <br><br> **BANK OF AMERICA CORP., SANTANDER HOLDINGS, USA, AND EASTERN BANKSHARES, INC., F/K/A EASTERN BANK CORPORATION,** <br><br> **Trustee Process Defendant.** | **Adv. Proc. No.: 21-01007** |

## MOTION FOR SPECIAL ATTACHMENT

Harold B. Murphy, the duly-appointed chapter 7 trustee (the "Trustee" or "Plaintiff") for the estate of Pagliaro Electric, Inc. (the "Debtor"), by and through his undersigned counsel, files this motion (the "Motion") seeking a special attachment pursuant to Mass. Gen. Laws. c. 233, sec. 67 with respect to certain real property known as 16 Cliff Road, Swampscott, Massachusetts (the "Cliff Road Property") standing in the name of Lauren Pagliaro and Elaine Moschella.

As is set forth in the verified complaint (the "Complaint") filed concurrently with the Motion, Leonard Pagliaro ("Leonard") and Lauren Pagliaro ("Lauren") fraudulently transferred the Cliff Road Property to Lauren and her mother Elaine Moschella ("Moschella") at a time when the Leonard and Lauren were insolvent, the Debtor, Leonard's wholly owned company (the "Debtor"), was insolvent, and Leonard and Lauren were indebted to the Debtor, in an attempt to shield Leonard's beneficial interest in the Cliff Road Property from his creditors, including the Trustee.

The facts surrounding the transfer of the Cliff Road Property to Lauren and Moschella as set forth in the Complaint demonstrate that the Trustee is likely to prevail on the merits of his claims to avoid the transfer of the Cliff Road Property as a fraudulent transfer pursuant to Mass. Gen. Law Chapter 109A.

In further support hereof, the Plaintiff relies upon the *Affidavit of Kathleen R. Cruickshank in Support of Plaintiff's Motion for Special Attachment*.

## Prayers for Relief

**WHEREFORE**, the Plaintiff respectfully requests this Court to issue an order:

(i)     That a writ of special attachment issue, substantially in the form attached hereto as Exhibit A, on the parcel described in a deed recorded at Book 36871 Page 393 of the Southern Essex Registry of Deeds, a copy of which is attached to the writ of special attachment and described as:

> "The land with the buildings thereon shown as Lot 39 on "Plan of Land Showing Lots No. 30-40 inc. et al. Gale Estate situated in Swampscott, Massachusetts March 4, 1946" which plan is recorded with Essex South Registry of Deeds in Book 3450, Page 223. Said Lot 39 is bounded as follows:
> SOUTHWESTERLY Southerly and Southeasterly by a curved line on Cliff Road, Seventy-four and 78/100 (74.78) feet; again
> SOUTHEASTERLY by Cliff Road, eighty (80) feet; again

  SOUTHWESTERLY by Lot 40, we shown on said plan, one hundred fifty-five and 62/100 (155.62) feet;
  NORTHWESTERLY by land of J. Edson Andrews in three courses, twenty (20) feet; fifty-nine and 89/100 (59.89) feet; and thirteen and 67/100 (13.67) feet;
  NORTHEASTERLY by Lots 36, 37, and 38, as shown on said plan, two hundred one and 39/100 (201.39) feet; and again
  SOUTHEASTERLY twenty and 44/100 (20.44) by Lot 33, as shown on said plan."

(ii) Granting to the Plaintiff such other and further relief as this Court may deem necessary and proper in the circumstances.

            Respectfully Submitted,

            HAROLD B. MURPHY,
            Chapter 7 Trustee of Pagliaro Electric, Inc.
            By his attorneys,

            /s/ Kathleen R. Cruickshank
            Kathleen R. Cruickshank (BBO #550675)
            MURPHY & KING
            Professional Corporation
            One Beacon Street
            Boston, MA 02108
            (617) 423-0400

Dated: January 22, 2021
791159-v1

3

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: ) <br> **PAGLIARO ELECTRIC, INC.** ) <br>     Debtor. ) <br> ) | **Chapter 7** <br><br> **Case No. 19-10231-JEB** |
| ) <br> **HAROLD B. MURPHY, AS HE IS THE** ) <br> **CHAPTER 7 TRUSTEE OF THE ESTATE** ) <br> **OF PAGLIARO ELECTRIC, INC.,** ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> **LEONARD PAGLIARIO, LAUREN** ) <br> **PAGLIARO, ELAINE MOSCHELLA AND** ) <br> **LYNNA VALERA,** ) <br> ) <br>     Defendants, ) <br> ) <br>     And ) <br> ) <br> **BANK OF AMERICA CORP., SANTANDER** ) <br> **HOLDINGS, USA, INC. AND EASTERN** ) <br> **BANKSHARES, INC. F/K/A EASTERN BANK** ) <br> **CORPORATION,** ) <br> ) <br>     **Trustee Process Defendants** ) <br> ) | **Adv. Proc. No.: 21-01007** |

## WRIT OF SPECIAL ATTACHMENT

To the Sheriffs of the several counties of the Commonwealth of Massachusetts or their deputies, as process servers appointed by the Court:

In an adversary proceeding filed in this Court on January 22, 2021, in which the Plaintiff is Harold B. Murphy (the "Trustee"), the Trustee of the Chapter 7 Estate of Pagliaro Electric, Inc. (the "Debtor"), whose attorney is Harold B. Murphy of Murphy & King, Professional Corporation, and the Defendants include Lauren Pagliaro and Elaine Moschella of 16 Cliff Road, Swampscott, Massachusetts, we command you to attach all right, title, and interest in the real estate owned by the Defendant, Lauren Pagliaro and Elaine Moschella, located at 16 Cliff Road, Swampscott, Massachusetts, Essex County, to the value of **$550,000**, and make due return of this writ with your doings thereon into said Court.

The property is more fully described in a deed described in a deed recorded at Book 36871 Page 393 of the Southern Essex Registry of Deeds, a copy of which is attached hereto as **Exhibit "1"** and described as:

> "The land with the buildings thereon shown as Lot 39 on "Plan of Land Showing Lots No. 30-40 inc. et al. Gale Estate situated in Swampscott, Massachusetts March 4, 1946" which plan is recorded with Essex South Registry of Deeds in Book 3450, Page 223. Said Lot 39 is bounded as follows:
> SOUTHWESTERLY Southerly and Southeasterly by a curved line on Cliff Road, Seventy-four and 78/100 (74.78) feet; again
> SOUTHEASTERLY by Cliff Road, eighty (80) feet; again
> SOUTHWESTERLY by Lot 40, we shown on said plan, one hundred fifty-five and 62/100 (155.62) feet;
> NORTHWESTERLY by land of J. Edson Andrews in three courses, twenty (20) feet; fifty-nine and 89/100 (59.89) feet; and thirteen and 67/100 (13.67) feet;
> NORTHEASTERLY by Lots 36, 37, and 38, as shown on said plan, two hundred one and 39/100 (201.39) feet; and again
> SOUTHEASTERLY twenty and 44/100 (20.44) by Lot 33, as shown on said plan."

This special attachment was approved on _____ by the Honorable Janet E. Bostwick, United States Bankruptcy Judge, in the amount of $550,000.

Dated at _____ this ____ day of _____, 2021.

**SEAL**                                              **MARY P. SHARON, CLERK OF COURT**

By: _____
_____, Deputy Clerk

791368



SO.ESSEX #295 Bk:36871 Pg:393
07/18/2018 12:53 DEED Pg 1/2

# EXHIBIT 1

### QUITCLAIM DEED

We, Leonard Pagliaro and Lauren Pagliaro, husband and wife, of Essex County, Massachusetts, for nominal consideration paid, hereby grant to Lauren D. Pagliaro, a married woman, and Elaine M. Moschella, an unmarried woman, as tenants in common, of 16 Cliff Road, Swampscott, Massachusetts

with **Quitclaim Covenants**

The land with the buildings thereon shown as Lot 39 on "Plan of Land Showing Lots No. 30-40 inc. et al. Gale Estate situated in Swampscott, Massachusetts March 4, 1946" which plan is recorded with Essex South Registry of Deeds in Book 3450, Page 223. Said Lot 39 is bounded as follows:

| | |
|---|---|
| SOUTHWESTERLY | Southerly and Southeasterly by a curved line on Cliff Road, Seventy-four and 78/100 (74.78) feet; again |
| SOUTHEASTERLY | by Cliff Road, eighty (80) feet; again |
| SOUTHWESTERLY | by Lot 40, we shown on said plan, one hundred fifty-five and 62/100 (155.62) feet; |
| NORTHWESTERLY | by land of J. Edson Andrews in three courses, twenty (20) feet; fifty-nine and 89/100 (59.89) feet; and thirteen and 67/100 (13.67) feet; |
| NORTHEASTERLY | by Lots 36, 37, and 38, as shown on said plan, two hundred one and 39/100 (201.39) feet; and again |
| SOUTHEASTERLY | twenty and 44/100 (20.44) by Lot 33, as shown on said plan. |

Except from the foregoing, so much of the premises conveyed by deed recorded in said Deeds in Book 3792, Page 41. Together with an easement for travel in common with others in and over ways, streets, and roads shown on said plan, and on plan recorded with Essex South Registry of Deeds, Book of Plans 74, Plan 66.

Containing Eighteen thousand One Hundred Fifty-three (18,153) square feet, more or less.

*[Handwritten in left margin: Property Address: 16 Cliff Rd Swampscott]*

*[Handwritten at bottom: Box 126]*

Said premises are subject to restrictions as contained in Deed of J. Edson Andrews, et ux to J.F. Downie Smith, et ux, as recorded in said Registry of Deeds, Book 3285, Page 158, in so far as restrictions are in force and applicable.

Also subject to such restrictions as outlined in Deed from J. Edson Andrews, et ux to Norman B. Cleveland and Virginia Cleveland dated April 5, 1946 and recorded with said Deeds in Book 3452, Page 397, in so far as the same are in force and applicable.

For our title see deed recorded in Book 35936, Page 216.

Executed as a sealed instrument this 13th day of July, 2018.

_____
Leonard Pagliaro

_____
Lauren Pagliaro

## COMMONWEALTH OF MASSACHUSETTS

**Essex County, ss**

On this 13th day of July, 2018, before me, the undersigned notary public, personally appeared Leonard Pagliaro and Lauren Pagliaro, proved to me through satisfactory evidence of identification, which were _driver's licenses_, to be the persons whose names are signed on the preceding document, and acknowledged to me that they signed it voluntarily for its stated purpose, and swore or affirmed to me that all statements made herein concerning marital status and occupancy are true, accurate and complete.

_____
Notary Public: Douglas A. Johnson
My commission expires: 6/19/2020