# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

|  |  |
|---|---|
| In re: <br> **PAGLIARO ELECTRIC, INC.** <br>      Debtor. | Chapter 7 <br><br> Case No. 19-10231-JEB |
| **HAROLD B. MURPHY, AS HE IS THE CHAPTER 7 TRUSTEE OF THE ESTATE OF PAGLIARO ELECTRIC, INC.,** <br>      Plaintiff, <br><br> v. <br><br> **LEONARD PAGLIARIO, LAUREN PAGLIARO, ELAINE MOSCHELLA AND LYNNA VALERA,** <br><br>      Defendants, <br><br> And <br><br> **BANK OF AMERICA CORP., SANTANDER HOLDINGS, USA, INC. AND EASTERN BANKSHARES, INC. F/K/A EASTERN BANK CORPORATION,** <br><br>      **Trustee Process Defendants** | Adv. Proc. No.: 21-01007 |

## CERTIFICATE OF SERVICE

    I, Kathleen R. Cruickshank, hereby certify that on January 25, 2021, I caused Lauren Pagliaro, Lynna Valera, and Elaine Moschella to receive telephonic notice of the *Verified Ex Parte Motion by Chapter 7 Trustee for Temporary Restraining Order and Preliminary Injunction,* and the *Verified Ex Parte Motion by Chapter 7 Trustee for Trustee Process Attachments Against Accounts of Certain Defendants* (the "Motions") and the Court Orders [doc. nos. 14, 15] (the "Orders") setting hearing dates on the Motions. I additionally certify that I directed an associate at my firm to communicate with the Debtor's counsel, who has been in contact with each of the Defendants, and forwarded to each of the Defendants copies of the Motions and the Orders, and agreed to accept service on behalf of the Defendant Leonard Pagliaro. In accordance with the Orders, I also caused to be served copies of the Orders and the Motions by first class mail upon the following parties:

791449-v1

**By First Class Mail:**

Lauren Pagliaro
16 Cliff Road
Swampscott, MA 01907

Leonard Pagliaro
16 Cliff Road
Swampscott, MA 01907

Elaine Moschella
16 Cliff Road
Swampscott, MA 01907

Lynna Valera
35 Oak Island Street
Revere, MA 02151

/s/ *Kathleen R. Cruickshank*
Kathleen R. Cruickshank (BBO #550675)
Murphy & King, Professional Corporation
One Beacon Street
Boston, MA  02108
Telephone: (617) 423-0400
Facsimile: (617) 423-0498
Email: KCruickshank@murphyking.com

Dated:  January 26, 2021

791449-v1