**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION**

| | |
|---|---|
| In re:<br>**PAGLIARO ELECTRIC, INC.**<br>  Debtor. | **Chapter 7**<br><br>**Case No. 19-10231-JEB** |
| **HAROLD B. MURPHY, AS HE IS THE CHAPTER 7 TRUSTEE OF THE ESTATE OF PAGLIARO ELECTRIC, INC.,**<br>  Plaintiff,<br><br>  v.<br><br>**LEONARD PAGLIARO, LAUREN PAGLIARO, ELAINE MOSCHELLA, AND LYNNA VALERA**<br><br>  Defendants,<br><br>  And<br><br>**BANK OF AMERICA CORP., SANTANDER HOLDINGS, USA, AND EASTERN BANKSHARES, INC., F/K/A EASTERN BANK CORPORATION,**<br><br>  **Trustee Process Defendant.** | **Adv. Proc. No.: 21-01007** |

**CERTIFICATE OF SERVICE**

I, Kathleen R. Cruickshank, hereby certify that on January 26, 2021, I caused to be served a copy of the *Notice of Telephonic Hearing* with respect to: (1) *Motion for Special Attachment* [ECF No. 8] and (2) *Motion for Real Estate Attachment* [ECF No. 11] by First Class Mail, postage prepaid, on the indicated parties on the attached service list.

/s/ *Kathleen R. Cruickshank*
Kathleen R. Cruickshank (BBO #550675)
MURPHY & KING, Professional Corporation
One Beacon Street, 21st Floor
Boston, MA 02108
Tel: (617) 423-0400
Fax: (617) 423-0498
DATED: January 26, 2021                Email: kcruickshank@murphyking.com

791483-v1

**BY FIRST CLASS MAIL**

Lauren Pagliaro  
16 Cliff Road  
Swampscott, MA  01907

Leonard Pagliaro  
16 Cliff Road  
Swampscott, MA  01907

Elaine Moschella  
16 Cliff Road  
Swampscott, MA  01907

Lynna Valera  
35 Oak Island Street  
Revere, MA  02151

Daniel Occena, Esq.  
Occena Law  
90 American Legion Hwy.  
Revere, MA  02151