UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:  Murphy v. Pagliaro et al ,  
Debtor

Chapter: 0  
Case No: 21−01007  
Judge Janet E. Bostwick

## NOTICE OF TELEPHONIC HEARING

**PLEASE TAKE NOTICE** that a **HEARING** will be held on **2/23/21 at 10:45 AM** before the Honorable Judge Janet E. Bostwick, the hearing will be held TELEPHONICALLY to consider the following:

> [8] Motion for Special Attachment filed by Plaintiff Harold B. Murphy
> [11] Motion for Real Estate Attachment filed by Plaintiff Harold B. Murphy
>
> For reasons of public health and safety, all participants and anyone else wishing to attend the hearing must do so by telephone and not in person. To appear telephonically, attendees must, no later than five minutes prior to the scheduled time of hearing, dial 1.877.336.1839 and enter access code 1378281#.
>
> To faciliate informal discussions similar to those that occur just prior to in−person hearings, the Court urges the parties to confer briefly at least 48 hours prior to the scheduled hearing.

**OBJECTION/RESPONSE DEADLINE: FEBRUARY 18, 2021 at 4:30 p.m.**

If no deadline is set, the objection/response deadline shall be governed by the Federal Rules of Bankruptcy Procedure (FRBP) and the Massachusetts Local Bankruptcy Rules (MLBR). If no objection/response is timely filed, the Court, in its discretion, may cancel the hearing and rule on the motion without a hearing or further notice. See MLBR 9013−1(f).

**THE MOVING PARTY IS RESPONSIBLE FOR:**

1. Serving a copy of this notice upon all parties entitled to notice within two (2) business days; and
2. Filing a certificate of service with respect to this notice seven (7) days after the date of issuance set forth below. If the hearing date is fewer than seven (7) days from the date of issuance, the certificate of service must be filed no later than the time of the hearing. **If the movant fails to timely file a certificate of service, the court may deny the motion without a hearing.**

**NOTICE TO ALL PARTIES SERVED:**

1. **Your rights may be affected.** You should read this notice, the above referenced pleading and any related documents carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.
2. Any request for a continuance **MUST** be made by **WRITTEN MOTION** filed and served at least one (1) business day prior to the hearing date. See MLBR 5071−1.
3. The above hearing shall be nonevidentiary. If, in the course of the nonevidentiary hearing, the court determines the existence of a disputed and material issue of fact, the court will schedule an evidentiary hearing. If this is a hearing under section 362, it will be a consolidated preliminary and final nonevidentiary hearing unless at the conclusion thereof the court schedules an evidentiary hearing.

Date:1/26/21

By the Court,

Leah Kaine  
Deputy Clerk  
617−748−5327